# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM GRACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-CV-70 SNLJ |
| ) | |
| IAN WALLACE, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

The Court has been informed by the United States Marshals Service that it could not effectuate service on defendant John Mattews. As a result, Mattews is dismissed from this action under Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that defendant John Mattews is **DISMISSED** from this action without prejudice.

Dated this 20th day of October, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE